# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3137MN

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Leslie Kay Matter, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: March 11, 1999
Filed: March 18, 1999

_____

Before FAGG and WOLLMAN, Circuit Judges, and WEBBER,[*] District Judge.

_____

PER CURIAM.

Leslie Kay Matter appeals the district court's denial of her motions to suppress drugs that were seized in a warrantless Nevada-based search of her luggage and in a Minnesota warrant-based search of her residence. Having reviewed the record and the parties' submissions, we conclude that an extensive discussion is not warranted in this fact-intensive case. We are satisfied the district court's fact-findings are not clearly erroneous and the district court correctly applied the controlling law. Finding no error of fact or law by the district court, we affirm the denial of Matter's motions

_____

[*]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, sitting by designation.

to suppress on the basis of the magistrate judge's report and recommendation adopted by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.